Aaron D. Radbil
Greenwald Davidson Radbil PLLC
401 Congress Avenue
Suite 1540
Austin, Texas 78701

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Tammie Edwards, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:22-cv-00075-DOC-ADS |
| v. | |
| Smile Brands, Inc., | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [19] |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Radbil, Aaron D. — of — Greenwald Davidson Radbil PLLC, 401 Congress Avenue, Suite 1540, Austin, Texas 78701

*Applicant's Name (Last Name, First Name & Middle Initial)*

(512) 803-1578 — *Telephone Number*
(561) 961-5684 — *Fax Number*
aradbil@gdrlawfirm.com — *E-Mail Address*

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Tammie Edwards

*Name(s) of Party(ies) Represented*

[X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other:

and designating as Local Counsel

Morrison, Michael S. — of — Alexander Morrison + Fehr LLP, 1900 Avenue of the Stars, Suite 900, Los Angeles, California 90067

*Designee's Name (Last Name, First Name & Middle Initial)*

205320 — *Designee's Cal. Bar No.*
(310) 394-0888 — *Telephone Number*
(310) 394-0811 — *Fax Number*
mmorrison@amfllp.com — *E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] GRANTED.

[ ] DENIED: [ ] for failure to pay the required fee.
   [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   [ ] for failure to complete Application: _____
   [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
   [ ] because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: [ ] be refunded [ ] not be refunded.

Dated January 21, 2022

*/s/ David O. Carter*
**U.S. District Judge**